**EXHIBIT A**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

Approved, SCAO

Original - Court
1st copy - Judge/Assignment clerk (green)
2nd copy - Respondent (blue)
3rd copy - Petitioner
4th copy - Return

**31ST STATE OF MICHIGAN**
**St Clair JUDICIAL CIRCUIT COUNTY**

**PETITION FOR PERSONAL PROTECTION ORDER (NONDOMESTIC)**

**CASE NO. L19-0463-PH**

Court address: 201 McMorran Blvd, Port Huron, MI 48060

Court telephone no.

(A) Petitioner name: Tina Troy    Age: 41

v

Respondent name, address, and telephone no.: Kevin James Lindke    Age: [redacted]

Address and telephone no. where court can reach petitioner: [redacted]

1. The petitioner and respondent have never been husband and wife, resided in the same household together, had a child in common, or had a dating relationship with one another.

(B) 2. ☐ The respondent is required to carry a firearm in the course of his/her employment. ☐ Unknown.

(C) 3. a. There ☐ are ☒ are not other pending actions in this or any other court regarding the parties.

| Case number | Name of court and county | Name of judge |
|---|---|---|
| | | |

b. There ☐ are ☒ are not orders/judgments entered by this or any other court regarding the parties.

| Case number | Name of court and county | Name of judge |
|---|---|---|
| | | |

(D) 4. I need a personal protection order because: Explain what has happened (attach additional sheets).

See attached.

*RECEIVED JAY M. DEBOYER 2019 MAR -4 PM 1:10 ST. CLAIR COUNTY CLERK PPO*

*2019 MAR -5 [stamp] ST. CLAIR COUNTY CLERK*

*[certification stamp] Date Entered: 3-4-19 JAY M. DEBOYER, COUNTY CLERK OF ST. CLAIR COUNTY, DEPUTY CLERK*

(E) 5. I make this petition under the authority of MCL 600.2950a(1) and ask the court to grant a personal protection order prohibiting the respondent from

☒ a. stalking me as defined by MCL 750.411h and MCL 750.411i, which includes but is not limited to
☒ following me or appearing within my sight.
☒ appearing at my workplace or residence.
☒ approaching or confronting me in a public place or on private property.
☒ entering onto or remaining on property owned, leased, or occupied by me.
☒ sending mail or other communications to me.
☒ contacting me by telephone.
☒ placing an object on or delivering an object to property owned, leased, or occupied by me.
☒ threatening to kill or physically injure me.
☒ purchasing or possessing a firearm.
☐ other: _____

☒ b. posting a message through the use of any medium of communication, including the Internet or a computer or any electronic medium, pursuant to MCL 750.411s.

(F) ☒ 6. I request an ex parte order because immediate and irreparable injury, loss, or damage will occur between now and a hearing or because notice itself will cause irreparable injury, loss, or damage before the order can be entered.

(G) ☐ 7. I have a next friend petitioning for me. I certify that the next friend is not disqualified by statute and is an adult.

(H) Date: 3/4/2019    Petitioner's signature: [signed]

CC 377 (3/11) PETITION FOR PERSONAL PROTECTION ORDER (NONDOMESTIC) COURT    MCL 600.2950a, MCR 3.703

| STATE OF MICHIGAN<br>31ST JUDICIAL CIRCUIT COURT<br>ST. CLAIR COUNTY | VERIFIED STATEMENT<br>PERSONAL PROTECTION<br>ACTION | CASE NO: 19-0463-PH<br>JUDGE: Lane |
|---|---|---|

Petitioner Name: Tina Trey  
Do you live in St. Clair County? yes  
If not, where? -  
Your age & date of birth: ███  
Your phone number: ███

Respondent Name: Kevin Lindke  
Does Respondent live in St. Clair County: yes  
If not, where? -  
Age & date of birth: 

Were you physically assaulted by the respondent in the last four weeks? no  
Did you seek medical attention? -          Name of medical facility: -  
Did you file a police report? -            Was the respondent arrested? -

Do you live with the respondent? no          How long have you lived together? -  
Address at which you live together: -  
What name is on the title/rental agreement/lease? -  
Who makes the payments on the housing? -  
Is the respondent your landlord? -

Have you lived with the respondent in the past? no   Where? -     How long? 

Marital status:   ____ Married to respondent      ____ Married to someone else  
                  ✓    Single                     ____ Divorced  
                  ____ Living with ____

If you are not married to the respondent, what is your relationship? Kevin is my niece's ex boyfriend + my great niece's father.  
How long did you date or were married to the respondent? -  
When did your relationship end? -  
Does the respondent work at the same location you do? no  
Your employment: Interpreter         Respondent's employment: 
Has the respondent harassed you at work? Through social media while I was at work/home.  
Are there children living in the home? no       If yes, please complete the following:

| Name of Child | Age | Child of petitioner? | Child of respondent? | Name of Child | Age | Child of petitioner? | Child of respondent? |
|---|---|---|---|---|---|---|---|
| - | | | | - | | | |
| | | | | | | | |
| | | | | | | | |

Is custody or parenting time order in effect regarding children you have in common? -   If yes:  
a) Name of Judge assigned to the case: ____  
b) Court file number: ____            County: ____  
c) Who has physical custody? ____     Who has legal custody? ____  
d) Parenting time schedule: ____  
e) Support order? ____                Other: ____

Do you and the respondent have any prior or current court cases together? (ie: PPO, divorce, criminal landlord/tenant, etc.) Please describe in detail and include case numbers and county:

Have you ever sought a PPO before? no   If yes, where/when/who: -

Are you or the respondent on probation or parole? ___   If yes, for what crime and your probation officer?
I am not, I am not sure about the respondent

Is respondent employed as a law enforcement officer or required to carry a firearm? ___ Yes __X__ No

Do you believe the respondent was under the influence of drugs or alcohol at the time of the incident? no
Why? It has been an ongoing social media attack.

I need a personal protection order because the respondent did the following things which made me fear violence or interfere with my freedom. (Start with the most recent incident & attach copies of police reports if available)

Ami Moeller is my niece. She has a PPO against Kevin Lindke. Ami accidentally left my name on some paperwork that she turned in for PPO violations against Kevin. Ever since then, Kevin has started to focus his attacks on me. He has sent me multiple messages through private messenger on Facebook. I had told him to stop more than once. Kevin then started targeting me in his social media attacks. He has my picture with captions about me, saying, I am helping a violent sexual predator with information. Also, he is accusing me of allowing a 4 yr old, D[redacted] to have access to the pedophile. This is all untrue. Kevin has transcripts online from court that Larry Whitcomb has mentioned the name "Tina" whom had helped him. I have never met or talked to Mr. Whitcomb. Kevin has posted this info numerous times all over social media. I have had many people message me asking what is going on. There are over thousands of people that could have read it, including the students I interpret for. This could affect my employment. These false accusations could make parents and future work/clients, not allow me to be their interpreter. I work at a school. This could cause major problems for me. I am asking for help to please get these posts removed ASAP and to prevent Kevin Lindke and (friends) to stop lying and no longer post about me on social media.

Verification under MCR 2.114(2)(8): I declare the statements made by me are true to the best of my information, knowledge, and belief. I understand that an individual who knowingly and intentionally makes false statements to the Court in support of his or her petition for a PPO is subject to the contempt powers of the Court. MCLA 600.2950(24), 600.2950(a)(21).

03/04/19
Date

Signature