EXHIBIT
**F**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

Approved, SCAO

Original - Court
1st copy - Judge/Assignment clerk (green)
2nd copy - Respondent (blue)
3rd copy - Petitioner (pink)
4th copy - Return (yellow)

| STATE OF MICHIGAN<br>31st **JUDICIAL CIRCUIT**<br>St. Clair **COUNTY** | MOTION AND ORDER TO SHOW CAUSE<br>FOR VIOLATING VALID PERSONAL/<br>FOREIGN PROTECTION ORDER | (A) CASE NO.<br>219-463 PH<br>In the matter of contempt of<br>KEVIN LINDKE |
|---|---|---|

Court address
201 McMorran Blvd, Port Huron, MI 48060

Court telephone no.
810-985-2090

(B)
Petitioner's name
Tina Troy

Address and telephone no. where court can reach petitioner
[redacted]

v

Respondent's name, address, and telephone no.
Kevin Lindke
[redacted]

**AFFIDAVIT AND MOTION**

(C) 1. I am the protected party in a valid personal/foreign protection order dated __03/05/19__ and
issued by the __31ST CIRCUIT__ Court, case number __219-463 PH__
Attached is a copy of that order and either proof of service on or notification to the respondent of that order.

(D) 2. The respondent has violated the order by doing the following:
Explain what has happened and include dates, times, and events (attach any supporting documents, such as a complaint filed with the police).

Posting more negative comments and pictures of me on social media.
☞ See attached

3. I request the court to order the respondent to appear at a specified time to answer a contempt charge or to issue a bench warrant for the arrest of the respondent.

4. This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this affidavit.

(E)
Signature [signature]

Subscribed and sworn to before me on __3-11-19__
Date

St. Clair County, Michigan.

My commission expires: __07-11-2022__
Date

Signature: Natasha Senyk

Notary public, State of Michigan, County of __St. Clair__

**ORDER**

**IT IS ORDERED:**

☐ 5. The respondent is ordered to appear before this court on _____
☐ the court address above     Date     at ____ Time
at ☐ courtroom number _____
☐
to show cause why the respondent should not be held in contempt for violating a valid personal/foreign protection order.
Failure to appear for this contempt hearing may result in a bench warrant being issued for the respondent's arrest. The petitioner shall serve this motion and order on the respondent at least 7 days before the hearing date.
☒ 6. A bench warrant shall be issued for the respondent's arrest to answer a contempt charge for violating a valid personal/foreign protection order.

__3/12/2019__
Date

Judge [signature]     32136
Bar no.

If you require special accommodations to use the court because of disabilities, or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

CC 382 (3/10) **MOTION AND ORDER TO SHOW CAUSE FOR VIOLATING VALID PERSONAL/FOREIGN PROTECTION ORDER**     MCR 3.708(B)

PPO
violations #2 turn in
3/11/19



**Sprint**  100% 9:10 AM

https://m.facebook.com/p

Kevin Lipa

~~Kevin Lipa~~

Just a dad to an amazing little girl and a really cool dog.

Add Friend    Follow    Message    More

🎓 Went to **Marine City High School**

🏠 Lives in **Detroit, Michigan**

📍 From **Marine City, Michigan**

3/10/2019



**Sprint** · · 📶 📶 🔋100% 🔋 **9:04 AM**

 **Friends**

3/07/19

---

**Kevin Lipa** is with **Jamie Lindke** and **8 others**.
28 mins · Facebook for Android · 🌐     · · ·

Just wasting paper. 😎😎😎😎

---

 **Justice For O▮▮** ▷ **Justice for O▮▮**
29 mins · Facebook for Android · 🌐

For everyone keeping score at home, O▮▮'s father now has 3 active PPOs against him for nothing more than social media posts highlighting this ongoing situation.

O▮▮'s mother, maternal ~~aunt~~, and the twice convicted violent sexual predator ALL have PPOs against Oaklei's father.

Judge John Tomlinson and Judge Cynthia Lane signed off on them.

THIS. IS. HOW. THE. SYSTEM. FAILS!!!

😞😵 5

👍 Like          💬 Comment          ↪ Share

---

 **Kevin Lipa**
9 hrs · Facebook for Android · 🌐     · · ·



3/10/2019



Sprint 🛜 ⬛ 85% 🔋 2:16 PM

SINCE THE DAY SHE WAS EXPOSED TO
HIM....PERIOD

👍 17                    2 Comments  1 Share          3/9/19

👍 Like              ↪ Share

**Justice For O⬛ ▶ Justice-for-O⬛** ...
19 hrs · Facebook for Android · 🌐

My name is
mentioned in the
comments.

The St. Clair County Sheriff's Department
is now staking out O⬛'s paternal
grandparent's house and pulling over
people leaving there and inquiring as to
O⬛'s father's whereabouts.

A deputy just pulled O⬛'s paternal
aunt and uncle over with their one year
old daughter while they were enroute to
the ER for an issue with the baby.

The deputy said he was looking for
Kevin.

😮😵👍 ⬛⬛⬛ and 28 others

67 Comments  12 Shares

As you can see,
there are many
comments bashing
me. Plus 12
shares.

👍 Like              ↪ Share

 **Laura Bibeau ▶ Justice for O⬛**
March 6 at 9:04 AM · 🌐

It is amazing to me when they talk about

1/1

3/10/2019

 **Sprint** 📶 📶 82% 🔋 2:00 PM

19 hrs    Like    More

**Jamie Lindke**
No. Ppo violation in regards to ~~TINA~~ ~~TROY PPO THAT LANE ISSUED THE~~ ~~OTHER DAY THAT TINA TROY LIED TO~~ ~~GET~~                                    😔1

19 hrs    Like    More

 **MaryBeth Kotelman**
**Jamie Lindke** he's working isn't he .. this is unreal Jamie

19 hrs    Like    More

 **Rick Papin**
**Jamie Lindke** ugh, they are relentless. The man is making a living let him be                    👍2

19 hrs    Like    More

 **Brenda Russell**
**Jamie Lindke** I would file Charges for False Police Report & False Documentation against this Tina Dits ! Unreal                    👍4

14 hrs    Like    More

 **Jamie Lindke**
**Brenda Russell** .....its all so ridiculous and disgusting....😵

14 hrs    Like    More



3/10/2019

 **Sprint** 🛜 ⏹ 82% 🔋 2:01 PM

 **Kevin Lipa**
Judge Lane signed the warrant. I apparently mad her mad when I exercised my first amendment rights.

👍 4

4 hrs    Like    More

 **Melissa Schlotfelt**
So they are doing a man hunt for social media posts while I'm sure other people in the community are breaking real laws and endangering other citizens. Wow!

👍 6

6 hrs    Like    More

 **Laura Bibeau**
Really, I could give them the address of at least 15 people with active warrants for offenses that actually hurt other people. They know the people are there and won't bother to pick them up. But, a facebook post that may embarrass or irritate a judge garners a warrant and actual arrest. Interesting!

 3

4 hrs    Like    More

 Sandy Clemente... replied · 1 reply

 **Jamie Lindke**
Especially when she injected herself into this saying it's all lies and giving her version....then someone from her work informs her that people are seeing it and it might affect her job and then comes

 

**Sprint**  📶 82% 🔋 2:01 PM

 **Kevin Lipa**

I had lots of words for the deputy when I got him on the phone. So many words in fact that he hung up on me. 2

11 hrs   Like   More

 **Reiki Healer**

Smh....i do not understand.... Dear Father God... Please protect Oaklei. Keep her safe. Until her father and his family physically can . please post your 10,000 angels around her..her father..and his family. Please let truth and justice prevail. 7

15 hrs   Like   More

 **John C. Nichols**

Was the PPO issued ex parte?

15 hrs   Like   More

 **Jamie Lindke** replied · 4 replies

 **John C. Nichols**

So if the ppo was ex parte, wouldn't a hearing be necessary for an arrest warrant or i would have to think a judge would have to sign off of it.

6 hrs   Like   More

 **Kevin Lipa**

Judge Lane signed the warrant. I apparently mad her mad when I

3/10/2019



**Sprint** 🛜 ▲ 82% 🔋 2:00 PM

Jamie Lindke

They have a my granddaughter in the
car with 102 degree temp and they pull
them over looking for Kevin.....what the
hell are you people doing....you act like
the f****** mafia....disgusting  5

19 hrs    Like    More



**Kathy Murray**

What the hell is going on...what
makes them think Kevin is even
around ??? 😩  1

18 hrs    Like    More



**Jamie Lindke**

They think they are the mob....St
Clair County is embarrassing to
say the least....staking out my
home...and harassing my
daughter...nice job....disgusti
ng....with a very sick baby in the
car going to emergency....💀💀
💀💀💀  6

18 hrs    Like    More



**Catherine Main**

THIS GETS WORSE BY THE
SECOND. WHAT IN THE HELL IS
WRONG WITH THIS COURT THAT
THEY ARE MORE CONCERNED
WITH SOCIAL MEDIA THAN
KEEPING A CHILD SAFE. I'VE
SAID IT ONCE AND I'LL SAY IT
AGAIN: THEIR PROTECTING A
SEXUAL PREDATOR CAN ONLY

3/10/2019



**Join Group**

🚻 ⬜and⬜ are in this group

🚫 Public group
Anyone can find the group, see who's in it and what they post.

## About

O███████████████ is a four year old adorable little girl with a magical personality. This precious young soul is involved in an ongoing situation that

3/10/2019

**Sprint** ⚙ 🔋 100% 🔋 9:04 AM    03/07/19

🔗 Friends

 **Kevin Lipa** is with **Jamie Lindke** and **8 others**.    ⋯
28 mins · Facebook for Android · 🌐

Just wasting paper. 😎😎😎😎

~~Justice For O████~~ ▷ ~~Justice for O████~~
29 mins · Facebook for Android · 🌐

For everyone keeping score at home, O████'s father now has 3 active PPOs against him for nothing more than social media posts highlighting this ongoing situation.

O████'s mother, maternal <u>aunt</u>, and the twice convicted violent sexual predator ALL have PPOs against O████'s father.

Judge John Tomlinson and Judge Cynthia Lane signed off on them.

THIS. IS. HOW. THE. SYSTEM. FAILS!!!

😟😟 5

👍 Like        💬 Comment        ↪ Share

 **Kevin Lipa**    ⋯
9 hrs · Facebook for Android · 🌐

1/1

3/10/2019



3/9/19

 **Attorney Review Board: St. Clair County**      ...
shared a **post** to the group: **ATTORNEY REVIEW BOARD: ST. CLAIR COUNTY**.
18 hrs · Facebook for Android · ⊕

Corruption running deeper and deeper.

https://www.facebook.com/groups/284
5344492357419/permalink/2952569424
968258/



**Justice For O** ▌ ▷ **Justice for O** ▌
19 hrs · Facebook for Android · ⊕

The St. Clair County Sheriff's Department is now staking out O▌'s paternal grandparent's house and pulling over people leaving there and inquiring as to O▌'s father's whereabouts.

A deputy just pulled O▌'s paternal aunt and uncle over with their one year old daughter while they were enroute to the ER for an issue with the baby.

The deputy said he was looking for Kevin

3/10/2019

Sprint · ○            📶 ▲ 90% 🔋 2:35 PM

I say the System is Corrupt.I am
speaking of the Entire System–Law
Enforcement and the Judicial System.     1

18 hrs    Like    More

 **Laura Bibeau**
They have his number dont they? All they
have to do is call him.

18 hrs    Like    More

 **Laura Bibeau**
Why are they looking for him?

18 hrs    Like    More

 **Kelly Polzin Smith**
is everything ok

18 hrs    Like    More

 **Attorney Review Board: St. Clair County**
There is an active warrant for his arrest.

17 hrs    Like    More

 **Kelly Polzin Smith**
why

17 hrs    Like    More

 **Jamie Lindke**
Ppo violation??..freedom of speech??..
😅😱😅😱😅                              😈 1

17 hrs    Like    More



3/10/2019



Sprint 　　　　　　　　　　🛜 ⊿ 90% 🔋 2:34 PM

## 1 Share



**Cathy Rumble**
**Kathy La**  1

18 hrs　Like　More

---



**Kathy La**
Keep shining the light on this county. 🖐3

18 hrs　Like　More

---



**Cathy Rumble**
Right on!!

18 hrs　Like　More

---



**Vanessa Marie**
It's 'what' they do here in this Corrupt County.. Trust me. ANYTHING. Anything at all. to shut you up. Of the truths and of their Massive Corruption. They will Intimidate you, harass you, place frivolous PPOs for your facebook posts, or even BAN you illegally from facebook by Court Order, they will even go as far as to put innocent people into jail–again to silence you. AND yes they will use law enforcement also to harass and intimidate you–happened to me. Somebody higher needs to step in. When I say the System is Corrupt I am speaking of the Entire System–Law Enforcement and the Judicial System. 😔1

18 hrs　Like　More

3/10/2019



Sprint    ⬤ LTE 100% 🔋 9:09 AM

🔒 https://m.facebook.com/g    1    ⋮

← ATTORNEY REVIEW BOARD: ST. CL...

ATTORNEY REVIEW BOARD: ST. CLAIR...
Public group                                    ❯

Join Group

👥 _____ and _____ r are
   in this group

🌐 Public group
   Anyone can find the group, see who's in it and what they
   post.

About

Welcome to the "Attorney Review Board:
St. Clair County". This is a non-official
community page for local county

1/1



**Sprint** 　．　 LTE 99% █ 6:53 PM

warrant?

13 mins   Like   More



**Kevin Lipa**

Alleged PPO violation of a
frivolous PPO. Lol   👍 1

9 mins   Like   More



**Alison Rudick**

**Kevin Lipa** !!!!!! This is complete
insanity!! How in the world can you go
to jail EVER..not to mention several
times for Facebook posts.. that do not
threaten harm but sharing collusion!?
Is there a way I can share your page??
I'm attending a MSW program that is
very progressive!! I believe I can
engage many people from all over the
country and world if I can share the
group and some background!! I hope
you act like a perfect quiet angel in jail
so they have no fuel and you sut there
and laugh at your upcoming success,
IT WILL happen! This is unethical,
illegal, unconstitutional etc!! I'm more
and more outraged daily... 😵😧

3 mins   Like   More



Kevin Lipa

Share everything with anyone and
everyone. 😄😄

1 min   Like   **More**

Shows he will
not stop.

1/1

3/10/2019



Sprint.                                    📶 📶 100% 🔋 9:07 AM

 **New Activity**                                           ⚡03/07/19

 **Attorney Review Board: St. Clair County** ...
shared a **post**.
31 mins · Facebook for Android · 🌐

These local judges must not have read
McGuire v. Zoran.

Someone might want to direct their
attention to it.

https://m.facebook.com/groups/284534
4492357419?
view=permalink&id=2950764675148733

**Justice For O█████** ▸ **Justice for O█████**
33 mins · Facebook for Android · 🌐

For everyone keeping score at home,
O█████'s father now has 3 active PPOs
against him for nothing more than
social media posts highlighting this
ongoing situation.

O█████'s mother, maternal <u>aunt</u>, and the
twice convicted violent sexual
predator ALL have PPOs against
O█████'s father.

Judge John Tomlinson and Judge
Cynthia Lane signed off on them.

3/10/2019



**Sprint**  76% 1:32 PM

🔒 https://m.facebook.com/g

**New Activity**

 **Justice For O█████** is with **Jessica Hahn**.  ...
March 1 at 3:36 PM · Facebook for Android ·

Pictured below is O████'s maternal aunt.

As you can read, it seems as if O████'s maternal family is actively trying to protect the twice convicted violent sexual predator while simultaneously allowing him... See More



/, can u prove O Is aroun
volved?

arantee she is not. Kev
ost 2 yrs, yet, he is still
ut this situation.

contact with him.
Im not going to argue about he/
she said stuff.what is important
is this perfect ⊡ 4 1/2 yr old ⊡
girl. She is so loved and is
protected! I feel sorry for your
family not being involved in her
life. All Kevin has to do is
straighten up, follow the rules,
then maybe u all can be a part of
her life, again.



Naomi had custody of in
almost 2 years.
Like

Scott Russell O
Why did he lose custody?
Like

Tina Troy
Like

**+4**

This showed up, again on Kevin's page under *New Activity*. This has been posted many times prior.

15 comment 3 shares as of 03/10/19

1/1

3/10/2019



**Justice For O⬛** is with **Jessica Hahn**. ⋯
March 1 at 3:36 PM · Facebook for Android · 🌐

Pictured below is O⬛'s maternal aunt.

As you can read, it seems as if O⬛s maternal family is actively trying to protect the twice convicted violent sexual predator while simultaneously allowing him ongoing access to O⬛.

O⬛'s maternal aunt has also been putting in great efforts to help the twice convicted violent sexual predator attempt to have O⬛'s father thrown in jail again due to alleged "violations" of the frivolous PPO the twice convicted violent sexual predator has against O⬛s father.



1/1

3/10/2019



**Sprint** 76% 1:28 PM

 **Kevin Lipa** shared a **post.**
4 hrs · Facebook for Android · 🌐

···

3/10/19

 10° 74% 9:55 AM

←



# Tina Troy

Also member of Port Huron, Michigan and LIFE IN
PO HO

Kevin shared,
again after
PPO.

FEB 28 AT 5:49 PM

Please ask Kevin to take my
name off that post. I DO NOT
KNOW OR TALK TO LARRY!!!
In my line of work, I cannot be
having him accusing me of
that.
I am not discussing anything
else with u.
Thank u.



Sent from web

1/1

3/10/2019

˙Screenshot_20190310-132907.png˙

**Sprint**                                    📶 ▲ 76% 🔋 1:29 PM

In my line of work, I cannot be
having him accusing me of
that.
I am not discussing anything
else with u.
Thank u.



Sent from web

3|10|19

---

**Jamie Lindke** ▷ **Justice for O▇** March 6 at 6:02 PM
· Facebook for Android · 🌐

After she carried on about us lying
about this situation and posting things
that simply are not true....and after i
asked her to stop saying we are lying
and asked her along with that family
to have the conversation with no
response to that....she gets the post
removed that have her comments and
sends me this message.....once again
remind me how concerned you are
about yourself.....NOT ONE WORD
ABOUT O▇ AND HER SAFETY
AND BEST INTEREST....you decided to
go after us and now you are a
victim...seriously

3 Comments

👍 Like          💬 Comment          ↪ Share

**Sprint°**  📶 69% 🔋 11:14 AM

~~have show proof your in Danger !!~~
That's why I'm so shocked that
these guys can get one so easy !!
It's crazy                                👍 1

2 hrs    Like    More



**Smalls Jerri**
I had one taken out on me after the
death of my son by his gf and the
mother of my grandson. Nothing was
true written in it and Judge Tomlinson
never even asked me about anything
on it... Simply asked her a couple
questions and basically scolded me for
wanting to continue my relationship
with my grandson. It was upheld with
NO REGARD to the lies told.

2 hrs    Like    More



**Smalls Jerri**
PS... I've adopted a child, NO
CRIMINAL RECORD and went through
a COMPLETE background check for
the adoption... Her on the other hand
has multiple charges including assault

2 hrs    Like    More



**Judy Smith**
She just texted the truth that Larry is
living on the property. I thought that the
family denied it or said he was being
removed. Hmmm. Keep on letting the
family text.

11 hrs    Like    More          👍 2

*Family has never denied it or said he was being removed Gossip!*

1/1

**Sprint**  📶 69% 🔋 11:14 AM



**Brenda Russell**

**Judy Smith** Exactly 😕 So makes you
wonder what does this Quack do when
she is Working with Children Hmm 😕

*not cool !!*

13 hrs   Like   More



**Smalls Jerri**

Anyone can get a PPO... All you have to
do is mention "I'm fearful" and these
Judges hand them out like candy!!

11 hrs   Like   More



**Brenda Russell**

**Smalls Jerri** ,Not really True !! We
tried to get one & we were told you
have show proof your in Danger !!
That's why I'm so shocked that
these guys can get one so easy !!
It's crazy

*In danger of
losing my job due
to Kevin's lies.
+ false accusations*

👍1

2 hrs   Like   More



**Smalls Jerri**

I had one taken out on me after the
death of my son by his gf and the
mother of my grandson. Nothing was
true written in it and Judge Tomlinson
never even asked me about anything
on it... Simply asked her a couple
questions and basically scolded me for
wanting to continue my relationship
with my grandson. It was upheld with
NO REGARD to the lies told.

2 hrs   Like   More

3/12/2019



I was lunch on my lunch break when I sent Stacey the FB private message.



**°Sprint°**    📶 69% 🔋 11:13 AM



**Ashley Elise**

Oh, also glad she gets paid to do her dirty work on the clock? Lucky employer she has! Lucky kids! Smh.

16 hrs    Like    More

👍3

**MaryBeth Kotelman**

**Ashley Elise** scary thought having her in charge of children...Using her phone on there watch... this is how things happen... she needs to lose her job.

16 hrs    Like    More

2



**Judy Smith**

Larry admits the grandpa brings that child down to his shack! It's on court records!

16 hrs    Like    More



**Sandy Clemente Headlee**

So why is this Tina private messaging people in this group and saying these things about O███'s father.....wonder if he should petition for a PPO against this Tina since she did the same regarding posts about her on FB.....just my thoughts

15 hrs    Like    More



Stacey was an acquaintance + a co-workers 4ers ago. I wanted her to know the truth since Kevin kept posting on public FB social media.

1



**Brenda Russell**

**Sandy Clemente Headlee** Excellent idea I thought the Same thing 😊

1

15 hrs    Like    More

1/1

3/12/2019



Sprint · 🛜 ◢ 76% 🔋 11:25 AM

**Justice For O███** ▸ Justice for O███ · · ·

3 hrs · Facebook for Android · 🌐

The warrant for O███'s father's arrest was signed on March 7th.

O███s father spoke with the top court administrator, Mike McMillan, on March 8th.

Mr. McMillan DID NOT say a word about the warrant to O███'s father when they spoke, yet they had the Sheriff's Department staking out O███'s paternal grandparent's house.

THIS. IS. HOW. THE. SYSTEM. FAILS!!!



SHARE

**ST CLAIR CTY GO**

Add tag ✎

810-985-2181

Mar 8 9:08 AM
Incoming call
3 mins 29 sec

1/1

3/12/2019



Sprint°    📶 76% 🔋 11:25 AM

Incoming call
3 mins 29 sec

Mar 8 9:01 AM
Outgoing call
0 mins 46 sec

👍 Like          ↪ Share

😕😮 3



**Dawn McLeod**
You mean to tell me...if I slam a relative on a fb post.I can get a PPO? Wth this is ridiculous!                    👍 1

2 hrs    Like    More



**Kathy Swainson**
Depends who you know. 👍 2

1 hr    Like    More



**Judy Smith**
There is a man who sued the city of Port Huron for civil rights violations. He had signs up. He won millions of dollars, try to get in touch with his attorneys....You can't fight this system without having a representative to protect your constitutional rights! Michael Zoran has won several civil rights suits. I believe that one of his lawsuits involved someone involved in your case.

1 hr    Like    More



3/12/2019



Sprint°      📶 81% 🔋 11:36 AM

3/11/19



Justice For O▉▉▉ ▶ Justice for O▉▉▉    ...
19 hrs · Facebook for Android · 🌐

Child abuse is ok.

So is giving twice convicted violent sexual predators ongoing access to kids.

And then lying about the interactions is also ok.

Perjury is ok.

As is interfering in investigations.

Violating Constitutional Rights is not a problem.

Neither is police harassment.

But exposing all of the things above is apparently a VERY BIG PROBLEM.

Punishable by jail.

Go figure.

THIS. IS. HOW. THE. SYSTEM. FAILS!!!



on back →

1/1

3/12/2019



**Sprint** ⚡📶 81% 🔋 11:37 AM

# THIS. IS. HOW. THE. SYSTEM. FAILS!!!

STATE OF MICHIGAN

**ST. CLAIR COUNTY PROBATE COURT**
**31st JUDICIAL CIRCUIT COURT**
**FAMILY DIVISION**

ELWOOD L. BROWN
JUDGE OF PROBATE
JOHN D. TOMLINSON
JUDGE OF PROBATE
KELLY STROZESKI
Probate Register

201 McMORRAN BLVD
PORT HURON, MICHIGAN 48060
Adult Probate (810) 985-2066
Family Division (810) 985-2153

MICHAEL K. McMILLAN
Court Administrator
Director of Juvenile Services
P. SHANE BURLEIGH
Attorney Referee

March 7, 2019

Kevin James Lindke

Re: Case #19-000463 PH

Troy vs. Lindke

Mr. Lindke,

A bench warrant for your arrest for violation of a valid personal/foreign protection order was issued and signed today by Judge Cynthia Lane. Please turn yourself in at the St. Clair County Jail.

Charles G. Peace

Circuit Court Officer

👍 **Like**          ↪ **Share**

🚗 32

💬 **10 Shares**

So many people see + can share. My last name only, but it is on the Justice for O FB page. Over 1000 members including Church members, co workers (that really don't know me) and students parents.

3/12/2019



🏵 ◢ 58%🔋 10:58 AM     3/12/19

 **Justice For O⬛** ▶ **Justice for O⬛**     ⋯
3 hrs · Facebook for Android · 🌐

O⬛'s maternal aunt apparently doesn't understand how a PPO is supposed to work.

This all seems like just a game to her.

We are looking forward to addressing this nonsense in court.

It'll be interesting to see who actually goes to jail over this.

🔍  Search

+                                

Your Story     Kyle           Stacey         Stephy         Sh

*The fake facebook page Kevin created with my name + pic on it. He is sending messages to people. Not sure who else?*

Open a request to get info about who's messaging you. They won't know you've seen it until you reply.

 **Tina Troy**
~~Go rot in jail~~   You're welcome! ☺

 **Dino Hines**
You can now call each other and see info...

**Filtered Messages**

 Facebook User


**Tina Troy**
(You and Tina aren't connected on Facebook

6:44 PM

~~Go rot in jail~~ ☺
 You're welcome! ☺
Sent from web

1/1

3/12/2019

**Sprint**          📶 ⊿ 58% 🔋 10:58 AM

Open a request to get info about who's messaging you. They won't know you've seen it until you reply.

 **Tina Troy**
Go rot in jail 😏  You're welcome! 😊

 **Dino Hines**
You can now call each other and see info...

**Filtered Messages**

 Facebook User

→  See all



**Tina Troy**

You and Tina aren't connected on Facebook

6:44 PM

Go rot in jail 😏

 You're welcome! 😊
Sent from web

If you reply, Tina will be able to call you and see

 Faka!

👍 Like          ↪ Share

😮😂👍 **18**

~~2 Shares~~

 **Sandy Clemente Headlee**
Wow.....these should be shared with her employer especially if she's admitted to messaging people on company time 😬 😠

2 hrs    Like    More

*messaged 1 person while I was on my lunch break back in Feb.*
*👍4 Also, talking about my employer.*

 **Jess Anglebrandt**
Agree.    👍1

2 hrs    Like    More

 **Brenda Russell**
**Sandy Clemente Headlee**
Absolutely          👍1

2 hrs    Like    More

1/1

3/12/2019

**Sprint**  📶 📶 58% 🔋 10:58 AM



**Stefani Calabrese Davidson**
Like I said before...she is trying to egg people on and antagonize them! no. Hopefully nobody sinks to her level.  👍 1

2 hrs    Like    More



**Sandy Clemente Headlee**
Please tell me this Tina doesn't work with children....

2 hrs    Like    More

**Justice For O██**
She surely does.  👍 1

2 hrs    Like    More



**Sandy Clemente Headlee**
Justice For O██ well that is quite concerning  👍 1

2 hrs    Like    More

**Justice For O██**
Yes, it is.  👍 1

2 hrs    Like    More

*This person has kids. I know her daughter looks familiar to me.* 

**Heather Szyska**
Not just any children either, if its who I think it is she works with special needs children

1 hr    Like    More

 **Sandy Clemente Headlee**

*People I do not know are talking about my career. They have not been told the truth, only lies. Kevin could get me fired, he has already going strong with trying to give me a bad reputation.*

1/1

**Sprint** 📶 58% 🔋 10:58 AM

 **Heather Szyska**
Not just any children either, if its who I think it is she works with special needs children

1 hr    Like    More

 **Sandy Clemente Headlee**
Heather Szyska 😣

1 hr    Like    More

 **Justice For O█**
It's who you think it is.

1 hr    Like    More

 **Heather Szyska**
**Justice For O█** I thought so. She has no business working with kids!

1 hr    Like    More

 **Candi Burns**
Please correct me if I am understanding this wrong....
Isn't Tina the one that filed a PPO on O█ 's Dad? If so, why is she messaging him? Wouldn't that go against her OWN ppo?    👍 9

2 hrs    Like    More

 **Justice For O█**
You are correct.

2 hrs    Like    More

1/1

3/12/2019



**Sprint°**  📶 58%🔋 10:59 AM



**Candi Burns**

Oh geez! Awfully dumb on her part. 👍 1

2 hrs   Like   More



**Kathy Swainson**

Waaaaaaay low class. 👍 2

2 hrs   Like   More

**Carrie Simons**

Unfortunately in judge Lanes eyes the person who has the ppo can't violate their own. I play a ppo game with a crazy person in judge lanes court room aswell. It's such a joke. I hope things go well with this. It's insane the game people play with these PPO's & the judges that allow it!  2

2 hrs   Like   More



**Angii Lynn**

Erm, if you have a PPO out on somebody you're not supposed to contact them neither so she should be sitting in jail right now

👍 1

1 hr   Like   More



*I have never contacted Kwin after I filed the PPD.*

**Rick Papin**

**Angii Lynn** suppose to but look at the system here in St Clair County  👍 2

1 hr   Like   More





1/1

3/12/2019



Sprint▸          📶 ▲ 58% 🔋 10:59 AM



**Angii Lynn**
**Rick Papin** this is so asinine!

1 hr    Like    More



**Rick Papin**
**Angii Lynn** yes it is, they all think there above the law.·

1 hr    Like    More



**Kathy Swainson**
Also a huge waste of taxpayers dollars and frivolous court time. This is not a game.                                    👍 4

1 hr    Like    More



**Judy Smith**
And a child who hasn't seen her dad. Mom's decision.                    👍 2

1 hr    Like    More



**Kathy Swainson**
Just curious, how much does it cost to file a PPO?

1 hr    Like    More



**Justice For O▆▆▆**
It's free.

1 hr    Like    More



**Kathy Swainson**

3/12/2019



**Sprint**  📶 ◢ 58% 🔋 10:59 AM


**Kathy Swainson**
Thank you.

1 hr   Like   More


**Kathy Swainson**
So basically taxpayers are picking up the tab for the time and paperwork involved in filing a PPO, with no cost up front for the filer.    2

1 hr   Like   More


**Laura Wilhelm-Bruzek**
**Kathy Swainson** PPO's are a money grab in St Clair County for the court and the lawyers. The court employees and clerks even joke about it    2

1 hr   Like   More


**Kathy Swainson**
Sounds like paczki day for a bakery.

52 mins   Like   More


**Kathy Swainson**
I'd rather my money go for a donut than a bunch of frivolous bs in court. By the way have they found out who shot that young man on Keewahdin Rd. yet?

46 mins   Like   More


Jamie Lindke

3/12/2019

 **Sprint**                    📶 ◢ 59% 🔋 10:59 AM

1 hr    Like    More

 **Kathy Swainson**

Sounds like paczki day for a bakery.

52 mins    Like    More

 **Kathy Swainson**

I'd rather my money go for a donut than
a bunch of frivolous bs in court. By the
way have they found out who shot that
young man on Keewahdin Rd. yet?

46 mins    Like    More

 **Jamie Lindke**

Dear God......I will pray that nothing
horrible happens to someone who
filed for a ppo because of a true
threat and was denied while St Clair
County is busy granting, holding
hearings and issuing bench
warrants on shit like this......you
people are a disgrace to our justice
system....and the people filing
them are just a disgrace
period......disgusting                     1

20 mins    Like    More

 **Jackie Ann**

I'm confused by this....you can argue with
people on facebook, and then when you
don't like what is being said you can be
granted a PPO? What a waste of time!

7 mins    Like    More

1/1