UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN LINDKE,
    Plaintiff,

v.

HONORABLE CYNTHIA A. LANE, a Michigan state court judge, being sued in her official capacity,
    Defendant

Case No.: 19-cv-11905
Honorable Matthew F. Leitman

**NOTICE**

/

| OUTSIDE LEGAL COUNSEL PLC<br>PHILIP L. ELLISON (P74117)<br>Attorney for Plaintiff<br>PO Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>(888) 398-7003 - fax<br>pellison@olcplc.com | FLETCHER FEALKO SHOUDY & FRANCIS PC<br>TODD J. SHOUDY (P41895)<br>Attorney for Defendant<br>1411 3rd St, Ste F<br>Port Huron, MI 48060<br>(810) 987-8444<br>(810) 987-8149 – fax<br>tshoudy@fletcherfealko.com |
|---|---|

**NOTICE OF WITHDRAW OF PENDING MOTIONS**

NOW COMES Plaintiff KEVIN LINDKE, by and through counsel, and gives notice that motions pending as ECF No. 2 are withdrawn for the reasons provided in the July 15, 2019 telephone conference. A proposed amended complaint will be provided to opposing counsel (and potentially filed) using the alternate process as directed by the Court. See *Minute Entry*, July 15, 2019.

1

| | |
|---|---|
| Date: July 16, 2019 | RESPECTFULLY SUBMITTED: |

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
PHILIP L. ELLISON (P74117)
Counsel for Plaintiff
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, hereby certify that on the date stated below, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel or parties of record.

| | |
|---|---|
| Date: July 16, 2019 | RESPECTFULLY SUBMITTED: |

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
PHILIP L. ELLISON (P74117)
Counsel for Plaintiff
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

2