# EXHIBIT 6

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF ST. CLAIR**

TINA TROY,
*Petitioner,*

Case No. L19-0463-PH
Hon. Cynthia Lane

v

KEVIN J. LINDKE,
*Respondent.*

| | |
|---|---|
| David R. Heyboer (P27975) | Christopher J. Nesi (P62477) |
| *Attorney for Petitioner* | NESI & ASSOCIATES, P.C. |
| 3051 Commerce Dr, Ste. 1 | *Attorneys for Respondent* |
| Fort Gratiot, MI 48059 | 722 Notre Dame Street |
| (810) 982-5400 | Grosse Pointe, Michigan 48230 |
| | (313) 886-5769 |

**STIPULATED ORDER TO ADJOURN PETITION TO TERMINATE AND PPO VIOLATION HEARINGS**

At a session of said Court held in the City of
Detroit, County of Wayne, Michigan

on _May 1, 2019_

PRESENT: Hon. _____
Circuit Court Judge

The parties stipulate to the entry of this Order based upon Respondent's attorney's request to adjourn given his health related issue; and the Court being fully advised in the premises;

IT IS ORDERED:

1. The Petition to Terminate the Personal Protection Order filed by Respondent, currently scheduled for May 2, 2019, at 9 am, is hereby adjourned to June 7, 2019

at 9 am.

2. The Motion and Order to Show Cause for Violation of the Personal Protection Order filed by Petitioner, currently scheduled for May 16, 2019 at 9 am, is hereby adjourned to June 20, 2019 at 9 am.

_____
CIRCUIT COURT JUDGE

Approved as to form and substance:

_____         _____
DAVID HEYBOER (P27975)                   CHRISTOHPER J. NESI (P62477)
*Attorneys for Petitioner*               *Attorneys for Respondent*

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF ST. CLAIR

TINA TROY,
    Petitioner,

v.

KEVIN JAMES LINDKE,
    Respondent
_____/

Case No.: L19-0463-PH
Honorable Cynthia Lane

**STIPULATED ORDER**

| | |
|---|---|
| DAVID R. HEYBOER (P27975)<br>HEYBOER LAW OFFICE<br>Counsel for Tina Troy<br>3051 Commerce Dr. #1<br>Fort Gratiot Twp, MI 48059<br>(810) 982-9800 | OUTSIDE LEGAL COUNSEL PLC<br>PHILIP L. ELLISON (P74117)<br>Attorney for Kevin James Lindke<br>PO Box 107 · Hemlock, MI 48626<br>(989) 642-0055<br>(888) 398-7003 – fax<br>pellison@olcplc.com |

AT A SESSION OF THE ABOVE COURT
HELD IN THE CITY OF PORT HURON, COUNTY OF ST CLAIR

PRESENT: Honorable Cynthia Lane, Circuit Court Judge

**STIPULATED ORDER OF ADJOURNMENT**

Upon the stipulation of the parties, by counsel, the hearing set on the above-referenced matter for August 1, 2019 is hereby adjourned to a future date and time due to unavailability of Respondent as outlined in *Emergency Motion* filed earlier today. New date for continuation of Respondent's Motion to Terminate PPO is Sept. 19, 2019 @ 9:00am

IT IS SO ORDERED.

Date: 7/31/2019

Honorable Cynthia Lane, Circuit Court Judge

SO STIPULATED:

/s/ David R. Heyboer (with permission)
DAVID R. HEYBOER (P27975)
Counsel for Tina Troy

/s/ Philip L. Ellison
PHILIP L. ELLISON (P74117)
Attorney for Kevin James Lindke

1