

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN LINDKE,
    Plaintiff,

v.

CYNTHIA A. LANE, a Michigan
state court judge, being sued in her
official capacity,
    Defendant
_____/

Case No.: 19-cv-11905
Honorable Mathew F. Leitman

**DECLARATION**

## DECLARATION OF KEVIN LINDKE

1. I am Kevin Lindke, the plaintiff for the above-captioned case.

2. I am offering this declaration to support the opposition to the motion to dismiss and this declaration is not met to be a complete recitation of all facts pertinent for this case.

3. The facts outlined in Paragraphs 5 through 19 of the First Amended Complaint are true and accurate based upon my own knowledge.

4. PPOs issued pursuant to the Michigan nondomestic PPO statute have huge collateral consequences for me, including being used **by OGL's** mother and another court as justification for termination and/or limitation of my parental rights.

5. I want to, intend to, and desire to make further statements and posts (i.e. speech) about Tina Troy and her (and her **family's**) involvement with allowing my daughter, OGL, to come into regular contact with a twice-convicted sex offender, and discuss the involvement and failures of local legal officials **to protect OGL on the** "Justice for O[GL]" Facebook page.

6. However, I now fear to exercise these First Amendment rights or even attempt to do so due to the Michigan non-domestic PPO statute.

7.  I expect and believe that Tina Troy will continue to seek additional PPOs against me if I speak about Tina Troy and her (and her **family's**) involvement with allowing OGL to come into regular contact with a twice-convicted sex offender and/or discuss the involvement and failures of the local government to protect OGL.

8.  I expect and believe that additional PPOs will be issued *ex parte* without notice or an opportunity to be heard when Tina Troy files for additional PPOs pursuant to the Michigan non-domestic PPO statute.

9.  I wholeheartedly expect more PPO requests against me.

10. Without protection from this Court as to the unconstitutional Michigan non-domestic PPO statute, I currently suffer and continue to suffer from an explicit and implicit threat against exercising my First Amendment rights.

11. Without protection from this Court as to the unconstitutional Michigan non-domestic PPO statute, I am forced to refrain from engaging further in the speech outlined above rather than risk punishment for exercising the activities prohibited by the Michigan non-domestic PPO statute as authoritatively construed.

12. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _4th_ day
of September, 2019

_____
Kevin Lindke, Declarant