# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN LINDKE,
    Plaintiff,

v.

CYNTHIA A. LANE, a Michigan state court judge, being sued in her official capacity,
    Defendant

                      /

Case No.: 19-cv-11905
Honorable Mathew F. Leitman

**NOTICE**

| | |
|---|---|
| OUTSIDE LEGAL COUNSEL PLC<br>PHILIP L. ELLISON (P74117)<br>Attorney for Plaintiff<br>PO Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>(888) 398-7003 - fax<br>pellison@olcplc.com | FLETCHER FEALKO SHOUDY & FRANCIS PC<br>TODD J. SHOUDY (P41895)<br>Attorney for Defendant<br>1411 3rd St, Ste F<br>Port Huron, MI 48060<br>(810) 987-8444<br>(810) 987-8149 – fax<br>tshoudy@fletcherfealko.com |

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## NOTICE OF NEW AUTHORITY

NOW COMES Plaintiff KEVIN LINDKE, by counsel, and hereby gives notice of new authority issued by the US Court of Appeals for the Third Circuit on September 18, 2019 addressing both the *Rooker-Feldman* and the *Younger* abstention doctrines in a manner which mirrors the arguments made by Plaintiff's counsel. The case is captioned as *Malhan v Sec'y U.S. Dep't of State*, Case No. 18-3373. A copy is attached.

1

Date: September 23, 2019       RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
BY PHILIP L. ELLISON (P74117)
PO Box 107 · Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, the undersigned attorney of record, hereby certify that on the date stated below, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel or parties of record.

Date: September 23, 2019

RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
BY PHILIP L. ELLISON (P74117)
PO Box 107 · Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Attorney for Plaintiff

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

3