**EXHIBIT B**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

Approved, SCAO — Original - Court, 1st copy - Petitioner, 2nd copy - Respondent (if applicable), 3rd copy - Michigan State Police CJIC

| STATE OF MICHIGAN<br>31ST CIRCUIT COURT<br>ST CLAIR COUNTY | ORDER AFTER HEARING ON<br>VIOLATION OF VALID PERSONAL/<br>FOREIGN PROTECTION ORDER | CASE NO.<br>19-000463-PH<br>C/C31/S |
|---|---|---|

Court address 201 MCMORRAN BLVD PORT HURON, MI 48060
Court telephone no. (810) 985-2031

Police Report No.

| Petitioner name<br>TINA LIISA TROY<br>Address and telephone no. where court can reach petitioner<br>SUPPRESSED ADDRESS | V | Respondent name, address, and telephone no.<br>KEVIN JAMES LINDKE<br>5797 RIVER RD<br>EAST CHINA MI 48054 |
|---|---|---|

| CTN | TCN | Date of birth (if known)<br>3/13/1980 |
|---|---|---|

☐ PACC Code MCL 600.2950  ☐ PACC Code MCL 600.2950a  ☐ PACC Code MCL 600.2950m

Date: 6/20/2019   Judge: CYNTHIA LANE   P32136
Bar no.

1. Order entered after violation hearing pursuant to MCR 3.708(H), held as a result of
   ☐ a. show-cause hearing pursuant to MCR 3.708(B).
   ☒ b. arraignment for arrest pursuant to MCL 764.15b and MCR 3.708(C).

THE COURT FINDS:

2. ☐ The respondent was present at the hearing on violation of a valid personal/ foreign protection order and was advised of the right to present evidence and to examine and cross-examine witnesses.
3. Specific findings of fact are stated on the record.
4. ☐ a. By proof beyond a reasonable doubt, the respondent was found guilty of criminal contempt.
   ☐ b. By clear and convincing evidence, the respondent was found guilty of civil contempt.
   ☐ c. The respondent pled guilty.
   ☐ d. The respondent is not in contempt.
5. ☐ The respondent failed to appear as ordered and a bench warrant should issue for his/her arrest.

IT IS ORDERED:

6. ☐ A bench warrant shall issue for the respondent's arrest.
7. ☐ The hearing on the violation is adjourned to _____
   Reason:

8. ☒ The matter is dismissed.
9. ☐ The ☐ bench warrant is discharged. ☐ authorization for bench warrant is set aside.
10. ☐ The respondent shall be committed to _____ days in the county jail.
11. ☐ The respondent shall pay a fine of $ _____ to be paid as follows:
12. ☐ The respondent shall reimburse _____ for expenses incurred in relation to the violation as follows:
    Name of state or local unit of government

13. ☒ Other conditions:
    DISMISSED ON VIOLATIONS WITH DATES OF: 3/7/19; 3/11/19; 3/12/19 AND 5/21/19

11/7/2019
Date

Judge CYNTHIA LANE   P32136
Bar no.

RECEIVED JAY M. DEBOYER 2019 NOV -8 AM 11:48 ST. CLAIR COUNTY CLERK PPO

TO THE CLERK OF THE COURT:
Unless item 8 is checked, you are required to send this order to the Michigan State Police pursuant to MCL 769.16a, along with any fingerprint card provided by the law enforcement agency. If a TCN number has not been issued and no fingerprint card has been provided, the taking of fingerprints must be ordered.

A TRUE COPY
Jay M. DeBoyer
County Clerk

MCL 28.243(2), MCL 600.2950h-MCL 600.2950m, MCL 600.2950h-MCL 600.2950m, MCL 769.16a, MCR 3.708(H)

CC 384 (3/13) ORDER AFTER HEARING ON VIOLATION OF VALID PERSONAL/FOREIGN PROTECTION ORDER