UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

    Plaintiff,

v.

                       Case No. 19-cv-11905
                       Hon. Matthew F. Leitman

HON. CYNTHIA A. LANE,

    Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING OR ALTERNATIVELY FOR LEAVE TO AMEND (ECF No. 16)

On December 19, 2019, the Court held a telephonic status conference with counsel for both parties. For the reasons stated on the record, Plaintiff may file a second amended complaint by not later than **February 3, 2020**. Defendant need not respond to the second amended complaint upon its filing. Instead, the Court will set a telephonic status conference for **February 13, 2020**.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  December 20, 2019

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2019, by electronic means and/or ordinary mail.

              <u>s/Holly A. Monda</u>
              Case Manager
              (810) 341-9764