UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Keven Lindke,

                              Plaintiff(s),

v.                                              Case No. 4:19−cv−11905−MFL−APP
                                                      Hon. Matthew F. Leitman

Cynthia A Lane,

                              Defendant(s),
_____

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Matthew F. Leitman as follows:

- STATUS CONFERENCE:   February 13, 2020 at 02:00 PM

    The conference shall be initiated by using the call−in information provided below.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**   Please use the following call−in information to join the call: Call−In #: 215.446.3649; Access Code: 8390969

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                        By: s/H Monda
                                                                           Case Manager

Dated:   January 9, 2020