UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

    Plaintiff,                                              Case No. 19-cv-11905
                                                        Hon. Matthew F. Leitman

v.

HON. CYNTHIA A. LANE,

    Defendant.

_____/

## ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AS MOOT (ECF No. 11)

The current operative complaint in this case is Plaintiff's First Amended Complaint (ECF No. 10). On August 28, 2019, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 11). On December 7, 2019, Plaintiff filed a Motion for Leave to File Supplemental Pleading or Alternatively for Leave to Amend (ECF No. 16). In response, the Court held a status conference with both parties and granted Plaintiff's motion. (*See* Order, ECF No. 18.) The Court then directed Plaintiff to file a Second Amended Complaint. (*See id.*)

Given the Court's order for Plaintiff to file a Second Amended Complaint, the Court is hereby **TERMINATED AS MOOT** Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 11).

    **IT IS SO ORDERED**.

                                                             s/Matthew F. Leitman
                                                              MATTHEW F. LEITMAN
Dated: January 10, 2020                         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 10, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
