Case 4:19-cv-11905-MFL-APP   ECF No. 21-2, PageID.1029   Filed 01/30/20   Pa...

EXHIBIT
B
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

| STATE OF MICHIGAN<br>31ST CIRCUIT COURT<br>ST CLAIR COUNTY | REGISTER OF ACTIONS | CASE ID<br>19-000463-PH<br>C/C31/S |
|---|---|---|

Page: 1 of 4

## CASE

| Judicial Officer | Date Filed | Adjudication | Status |
|---|---|---|---|
| LANE, CYNTHIA | 3/4/19 | GRANTED EXPARTE 3/4/19 | CLOSED 3/5/19 |

## PARTICIPANTS

| PETITIONER 1 | TROY, TINA LIISA | FILED: 3/4/19 |
|---|---|---|
|  | ATTY: DAVID R. HEYBOER #27975 PRIMARY RETAINED | |
| RESPONDENT 1 | LINDKE, KEVIN JAMES | FILED: 3/4/19 |

## BOND HISTORY

| Bond For | Set Date | Set Amount | Bond Type | Balance | Bond Status |
|---|---|---|---|---|---|
| KEVIN JAMES LINDKE<br>Bond ID: 96619 | 3/18/19 | $30,000.00 | CASH BOND | $30,000.00 | OPEN |
| KEVIN JAMES LINDKE<br>Bond ID: 96852 | 5/31/19 | $15,000.00 | CASH BOND | $15,000.00 | OPEN |

## RECEIVABLES/PAYMENTS

| | Assessed | Paid/Adjusted | Balance |
|---|---|---|---|
| RSP 1 KEVIN JAMES LINDKE | $45,000.00 | $45,000.00 | $0.00 |

## PAYABLES/DISBURSEMENTS

| | Assessed | Adjusted | Applied | Balance |
|---|---|---|---|---|
| RSP 1 KEVIN JAMES LINDKE | $45,000.00 | $0.00 | $0.00 | $45,000.00 |

## CHRONOLOGICAL LIST OF ACTIVITIES

| Activity Date | Activity | User | Entry Date |
|---|---|---|---|
| 3/4/19 | PETITION FOR PERSONAL PROTECTION ORDER AGAINST STALKING (EX PARTE)<br>PET 1<br>RSP 1 | | |
| 3/4/19 | JUDICIAL OFFICER ASSIGNED TO LANE, CYNTHIA   32136 | | |
| 3/5/19 | PERSONAL PROTECTION ORDER AGAINST STALKING<br>RSP 1 | | |
| 3/7/19 | RETURN OF SERVICE - PERSONAL<br>RSP 1 | | |
| 3/8/19 | ORDER TO ISSUE BENCH WARRANT | | |
| 3/8/19 | BENCH WARRANT ISSUED<br>RSP 1 | | |
| 3/8/19 | LETTER | | |
| 3/12/19 | BENCH WARRANT ISSUED<br>RSP 1 | | |
| 3/13/19 | MOTION TO MODIFY, EXTEND, TERMINATE PERSONAL PROTECTION ORDER<br>RSP 1 | | |
| 3/13/19 | PRAECIPE | | |
| 3/14/19 | MOTION RESPONDENT'S MOTION TO TERMINATE PPO | SET 3/21/19 1:30 P | |

| STATE OF MICHIGAN<br>31ST CIRCUIT COURT<br>ST CLAIR COUNTY | REGISTER<br>OF<br>ACTIONS | CASE ID<br>19-000463-PH<br>C/C31/S | SalgadoJ01<br>6/26/2019<br>10:31:40 AM<br>Page: 2 of 4 |
|---|---|---|---|

| Activity Date | Activity | User | Entry Date |
|---|---|---|---|
| | LOC: 3200 | | |
| 3/14/19 | BENCH WARRANT ARRAIGNMENT | | |
| | COURT REPORTER: J SEATON, #CER9041 | | |
| | RESPONDENT APPEARED BY VIDEO FROM THE JAIL; ARRAIGNED ON ALL THREE BENCH WARRANT AND PLED NOT GIULTY TO ALL THREE; HEARING TO BE SCHEDULED ON THE VIOLATIONS; BOND ON FIRST ALLEGED VIOLATION SET AT $5,000 CASH; BOND ON SECOND ALLEGED VIOLATION SET AT $10,000 CASH; BOND ON THIRD ALLEGED VIOLATION SET AT $15,000 CASH | | |
| | HELD | | |
| 3/14/19 | PPO VIOLATION HEARING     RESCHEDULED 4/5/19 9:00 A | | |
| | LOC: 3200 | | |
| 3/14/19 | ORDER TO ISSUE BENCH WARRANT | | |
| 3/14/19 | ORDER TO ISSUE BENCH WARRANT | | |
| 3/14/19 | BENCH WARRANT RETURNED | | |
| | RSP 1 | | |
| 3/14/19 | BENCH WARRANT RETURNED | | |
| | RSP 1 | | |
| 3/15/19 | ORDER FOLLOWING HEARING ON BENCH WARRANT | | |
| 3/15/19 | PARTY NOTIFICATION | | |
| 3/15/19 | NOTICE TO APPEAR | | |
| 3/18/19 | BOND ID: 96619 POSTED     $30,000.00 | | |
| | BOND FOR: RSP 1 | | |
| 3/18/19 | RECEIVABLE BOND POSTED     $30,000.00 | | |
| 3/18/19 | PAYMENT     $30,000.00 | | |
| | RECEIPT NUMBER: C31.0074280 | | |
| | METHOD: CASH $30,000.00 | | |
| 3/18/19 | PAYABLE BOND POSTED     $30,000.00 | | |
| 3/21/19 | MOTION  3/21/19 1:30 PM | | |
| | COURT REPORTER: J SEATON, #CER9041 | | |
| | RESPONDENT'S MOTION TO TERMINATE PPO; PETITIONER PRESENT W/O COUNSEL; RESPONDENT PRESENT W/COUNSEL; BOTH PARTIES SWORN; PETITIONER TESTIFIES; TESTIMONY WILL CONTINUE AT A LATER DATE | | |
| | HELD | | |
| 3/21/19 | APPEARANCE | | |
| | RSP 1 | | |
| 3/26/19 | MOTION - DFT'S MOTION TO TERMINAT PPO CONTINUATION FROM 3/21/19     RESCHEDULED 5/2/19 9:00 A | | |
| | LOC: 3200 | | |
| 3/26/19 | REQUEST FOR TRANSCRIPT | | |
| 3/26/19 | NOTICE RETURNED | | |
| 3/27/19 | APPEARANCE | | |
| | PET 1 | | |
| 3/28/19 | NOTICE TO APPEAR | | |
| 4/1/19 | PPO VIOLATION HEARING  4/5/19 9:00 AM | | |
| | RESCHEDULED TO: 5/16/19 9:00 AM | | |
| | COURT SCHEDULING CONFLICT | | |

| STATE OF MICHIGAN 31ST CIRCUIT COURT ST CLAIR COUNTY | REGISTER OF ACTIONS | CASE ID 19-000463-PH C/C31/S | SalgadoJ01 6/26/2019 10:31:40 AM Page: 3 of 4 |
|---|---|---|---|

| Activity Date | Activity | | User | Entry Date |
|---|---|---|---|---|
| 4/1/19 | PPO VIOLATION HEARING - RESCHEDULED BY THE COURT FROM 4/5/19 UNTIL AFTER THE 5/2/19 MOTION TO TERMINATE CONTINUATION HEARING<br>LOC: 3200 | RESCHEDULED 5/16/19 9:00 A | | |
| 4/3/19 | NOTICE TO APPEAR | | | |
| 4/4/19 | APPEARANCE<br>PET 1 | | | |
| 4/11/19 | TRANSCRIPT ******OF HEARING HELD 03/14/19****** | | | |
| 4/11/19 | TRANSCRIPT ******OF HEARING HELD ON 03/21/19****** | | | |
| 5/1/19 | MOTION - DFT'S MOTION TO TERMINAT PPO CONTINUATION FROM 3/21/19 5/2/19 9:00 AM<br>RESCHEDULED TO: 6/7/19 9:00 AM<br>ADJOURNED BY STIPULATION | | | |
| 5/1/19 | MOTION - DFT'S MOTION TO TERMINAT PPO CONTINUATION FROM 3/21/19<br>LOC: 3200 | SET 6/7/19 9:00 A | | |
| 5/1/19 | PPO VIOLATION HEARING - RESCHEDULED BY THE COURT FROM 4/5/19 UNTIL AFTER THE 5/2/19 MOTION TO TERMINATE CONTINUATION HEARING 5/16/19 9:00 AM<br>RESCHEDULED TO: 6/20/19 9:00 AM<br>ADJOURNED BY STIPULATION | | | |
| 5/1/19 | PPO VIOLATION HEARING<br>LOC: 3200 | SET 6/20/19 9:00 A | | |
| 5/2/19 | ORDER FOR ADJOURNMENT | | | |
| 5/2/19 | NOTICE TO APPEAR | | | |
| 5/30/19 | ORDER FOR CONFIDENTIAL ADDRESS | | | |
| 5/30/19 | ORDER TO ISSUE BENCH WARRANT | | | |
| 5/30/19 | BENCH WARRANT ISSUED<br>RSP 1 | | | |
| 5/30/19 | BENCH WARRANT RETURNED<br>RSP 1 | | | |
| 5/31/19 | PPO VIOLATION ARRAIGNMENT<br>COURT REPORTER: J SEATON, #CER9041<br>RESPONDENT APPEARED BY VIDEO FROM THE JAIL; PLED NOT GUILTY TO THE ALLEGED VIOLATION; BOND SET AT $15,000 CASH; HEARING SCHEDULED FOR JUNE 20 AT 9:00, SAME DATE AND TIME AS HEARING ON OTHER VIOLATIONS<br>HELD | | | |
| 5/31/19 | PPO VIOLATION HEARING<br>LOC: 3200 | SET 6/20/19 9:05 A | | |
| 6/3/19 | BOND ID: 96852 POSTED<br>BOND FOR: RSP 1 | $15,000.00 | | |
| 6/3/19 | RECEIVABLE BOND POSTED | $15,000.00 | | |
| 6/3/19 | PAYMENT<br>RECEIPT NUMBER: C31.0078362<br>METHOD: CASH $15,000.00 | $15,000.00 | | |
| 6/3/19 | PAYABLE BOND POSTED | $15,000.00 | | |
| 6/3/19 | BOND | | | |

| STATE OF MICHIGAN<br>31ST CIRCUIT COURT<br>ST CLAIR COUNTY | REGISTER<br>OF<br>ACTIONS | CASE ID<br>19-000463-PH<br>C/C31/S | SalgadoJ01<br>6/26/2019<br>10:31:40 AM<br>Page: 4 of 4 |
|---|---|---|---|

| Activity Date | Activity | User | Entry Date |
|---|---|---|---|
| | RSP 1 | | |
| 6/3/19 | NOTICE TO APPEAR | | |
| 6/4/19 | ORDER FOLLOWING HEARING ON BENCH WARRANT | | |
| 6/7/19 | MOTION  6/7/19 9:00 AM | | |
| | COURT REPORTER: J SEATON, #CER9041 | | |
| | PARTIES APPEAR W/COUNSEL; COUNSEL FOR RESPONDENT PRESENTED ORAL MOTION TO WITHDRAW; GRANTED FOR REASONS STATED ON THE RECORD; COUNSEL FOR RESPONDENT TO PRESENT AN ORDER UNDER THE 7-DAY RULE | | |
| | HELD | | |
| 6/7/19 | MOTION -DFT'S MOTION TO TERMINATE PPO, CONTINUED HEARING FROM 3/21/19 | SET 8/1/19 9:00 A | |
| | LOC: 3200 | | |
| 6/11/19 | NOTICE TO APPEAR | | |
| 6/13/19 | NOTICE OF PRESENTMENT - 7 DAY | | |
| 6/13/19 | PROOF OF SERVICE | | |
| 6/18/19 | REQUEST FOR TRANSCRIPT | | |
| 6/19/19 | TRANSCRIPT ******OF HEARING HELD ON 05/31/19****** | | |
| 6/20/19 | PPO VIOLATION HEARING  6/20/19 9:00 AM | | |
| | COURT REPORTER: J SEATON, #CER9041 | | |
| | PPO VIOLATION HEARING ON 4 PROPOSED VIOLATIONS OF PPO; PETITIONER PRESENT; RESPONDENT PRESENT W/O COUNSEL; RESPONDENT REQUESTS A COURT APPOINTED ATTORNEY; COURT DENIES REQUEST; WITNESS SGT CZARNECKI SWORN AND TESTIMONY GIVEN; PETITIONER SWORN AND TESTIMONY GIVEN; COURT HOLDS RESPONDENT IN CONTEMPT BUT WILL RESERVE ON SENTENCING; COURT WILL GIVE RESPONDENT TIME TO APPLY FOR A COURT APPOINTED ATTORNEY AND THIS HEARING WILL CONTINUE ON THURDAY, JULY 11, 2019 AT 9:30 AM | | |
| | HELD | | |
| 6/20/19 | PPO VIOLATION HEARING - CONTINUED FROM 6/20/19 | SET 7/11/19 9:30 A | |
| | LOC: 3200 | | |
| 6/21/19 | COMMENT | | |
| | NO OBJECTIONS FILED.  ORDER SENT TO JUDGE FOR SIGNATURE. | | |

I certify that I have compared the copy on which this certificate is affixed with the original instrument on file in this office and that said copy is a correct copy of the whole of such original.
Date Entered : 6-26-19
JAY M. DeBOYER, COUNTY CLERK OF ST. CLAIR COUNTY
Date of Certification 6-26-19
By: [signature] DEPUTY CLERK