To order this form visit www.printcarta.com
a Target Information Management Company
Approved, SCAO

Original - Court
1st copy - Law enforcement agency (file) (green)
2nd copy - Respondent (blue)
3rd copy -
4th copy -
5th copy -

31st STATE OF MICHIGAN JUDICIAL CIRCUIT
St. Clair COUNTY

(A) PERSONAL PROTECTION ORDER
☒ EX PARTE
(DOMESTIC RELATIONSHIP)
PAGE 1 OF 2

(B) CASE
L18-334 PP

Court address
ORI MI- 201 MC MORRAN BLVD, PORT HURON, MI. 48060

Court telephone no.

(C) Petitioner's name: ███ J. C. ███
Address and telephone no. where court can reach petitioner
███

(D) Respondent's name, address, telephone no., and DLN
M___ R___ J___
███

v

(D) Height | Weight | Race* | Sex* | Date of birth or age* | Hair color | Eye color | Other identifying information
███

*These items **must** be filled in for the police/sheriff to enter on LEIN; the other items are not required but are helpful. **Needed for NCIC entry

Date: 2/12/18     Judge: BROWN     Bar no. _____

1. This order is entered ☒ without a hearing. ☐ **after hearing.

**THE COURT FINDS:**

☒ 2. A petition requested respondent be prohibited from entry onto the premises, and either the parties are married, petitioner has a property interest in the premises, or respondent does not have a property interest in the premises.

☒ 3. Petitioner requested an ex parte order, which should be entered without notice because irreparable injury, loss, or damage will result from the delay required to give notice or notice itself will precipitate adverse action before the order can be issued.

** ☒ 4. Respondent poses a credible threat to the physical safety of the petitioner and/or a child of the petitioner.

☒ 5. Respondent ☒ **is the spouse or former spouse of the petitioner, had a child in common with the petitioner, or is residing or had resided in the same household as the petitioner. ☐ has or had a dating relationship with the petitioner.

**IT IS ORDERED:**

6. _____RESPONDENT_____ is prohibited from:
   Name

☒ a. entering onto property where petitioner lives.

☐ b. entering onto property at _____

** ☒ c. assaulting, attacking, beating, molesting, or wounding _____PETITIONER_____
   Name

☒ d. removing minor children from petitioner who has **legal** custody, except as allowed by custody or parenting-time order provided removal of the children does not violate other conditions of this order. An existing custody order is dated _____. An existing parenting-time order is dated _____.

** ☒ e. stalking as defined under MCL 750.411h and MCL 750.411i that includes but is not limited to:
   ☒ following petitioner or appearing within his/her sight.     ☒ appearing at petitioner's workplace or residence.
   ☒ sending mail or other communications to petitioner.        ☒ contacting petitioner by telephone.
   ☒ approaching or confronting petitioner in a public place or on private property.
   ☒ entering onto or remaining on property owned, leased, or occupied by petitioner.
   ☒ placing an object on or delivering an object to property owned, leased, or occupied by petitioner.

(SEE SECOND PAGE)

MCL 600.2950, MCR 3.705, MCR 3.706, 18 USC 922(g)(8)(c)

CC 376-1 (7/16) **PERSONAL PROTECTION ORDER (Domestic Relationship), Page 1**

To order this form visit www.blumberg.com
a Target Information Management Company

Case 4:19-cv-11905-MFL-APP  ECF No. 21-15, PageID.1192  Filed 01/30/20  Page 2 of 2

Approved, SCAO

Original - Court
1st copy - Law enforcement agency (file) (green)
d copy - Respondent (blue)

3rd copy - Petitioner (pink)
4th copy - Return (yellow)
5th copy - Return (goldenrod)

| 31st STATE OF MICHIGAN JUDICIAL CIRCUIT COUNTY St. Clair | (A) | PERSONAL PROTECTION ORDER EX PARTE (DOMESTIC RELATIONSHIP) PAGE 2 OF 2 | (B) | CASE NO. L 18-334 PP |

Court address
ORI MI- 201 McMORRAN BLVD. PORT HURON, MI. 48060

(C) Petitioner's name: L____ J C____
v
Respondent's name: M____ R J____

**IT IS ORDERED:**

6. (continued)

☐ f. interfering with petitioner's efforts to remove his/her children/personal property from premises solely owned/leased by respondent.

** ☒ g. threatening to kill or physically injure ____PETITIONER____
Name

☒ h. interfering with petitioner at his/her place of employment or education or engaging in conduct that impairs his/her employment or educational relationship or environment.

☐ i. having access to information in records concerning a minor child of petitioner and respondent that will reveal petitioner's address, telephone number, or employment address or that will reveal the child's address or telephone number.

☐ j. intentionally causing petitioner mental distress or exerting control over petitioner by:
  ☐ injuring, killing, torturing, or neglecting, or threatening to injure, kill, torture, or neglect any animal in which petitioner has an ownership interest.
  ☐ removing any animal from his/her possession in which petitioner has an ownership interest.
  ☐ retaining or obtaining possession of any animal in which petitioner has an ownership interest.

** ☒ k. purchasing or possessing a firearm.

☒ l. other: _Referencing petitioner on social media, text or internet_

7. As a result of this order, federal and/or state law may prohibit you from possessing or purchasing ammunition or a firearm.

8. Violation of this order subjects respondent to immediate arrest and to the civil and criminal contempt powers of the court. If found guilty, respondent shall be imprisoned for not more than 93 days and may be fined not more than $500.00.

9. **This order is effective when signed, enforceable immediately, and remains in effect until** _2/12/19_ .
This order is enforceable anywhere in this state by any law enforcement agency when signed by a judge, and upon service, may also be enforced by another state, an Indian tribe, or a territory of the United States. If respondent violates this order in a jurisdiction other than this state, respondent is subject to enforcement and penalties of the state, Indian tribe, or United States territory under whose jurisdiction the violation occurred.

10. The court clerk shall file this order with _ST. CLAIR CO. SHERIFF_ who will enter it into the LEIN.
    Name of law enforcement agency

11. Respondent may file a motion to modify or terminate this order. For ex parte orders, the motion must be filed within 14 days after being served with or receiving actual notice of the order. Forms and instructions are available from the clerk of court.

12. A motion to extend the order must be filed 3 days before the expiration date in item 9 or a new petition must be filed.

_2/12/18_  _1:15 PM_
Date and time issued

Judge: _in absence of Judge Lane_  Bar no.

MCL 600.2950, MCR 3.705, MCR 3.706, 18 USC 922(g)(8)(c)

CC 376-2  (7/16)  PERSONAL PROTECTION ORDER (Domestic Relationship), Page 2