UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KEVIN LINDKE,

       Plaintiff,                        Case No. 19-cv-11905
                                            Hon. Matthew F. Leitman

vs.

CYNTHIA A. LANE, et al.,

       Defendants.
_____/

## STIPULATED ORDER TO STRIKE DEFENDANT CYNTHIA A. LANE'S MOTION TO DISMISS SECOND AMENDED COMPLAINT (DKT NO. 24) AND REFILE WITH REDACTED EXHIBITS

WHEREAS, the parties have agreed to strike Defendant Cynthia A. Lane's Motion to Dismiss Second Amended Complaint (Docket No. 24) which inadvertently included the name of a minor child and the addresses and dates of birth of the parties to the underlying proceeding.

WHEREAS, the parties agree that any page limit extensions previously granted to the parties will automatically apply to the new Motion and Response thereto.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Clerk of the Court shall strike Defendant Cynthia A. Lane's Motion to Dismiss Second Amended Complaint (Docket No. 24) and Defendant Cynthia A. Lane shall refile the Motion with redacted Exhibits.

**IT IS FURTHER ORDERED** that any page limit extensions previously granted to the parties will automatically apply to the new Motion and Response thereto.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 21, 2020

Stipulated and Approved for Entry:

| | |
|---|---|
| /s/Philip L. Ellison | /s/ Todd J. Shoudy |
| PHILIP L. ELLISON (P74117) | TODD J. SHOUDY (P41895) |
| Outside Legal Counsel PLC | Fletcher Fealko Shoudy & Francis, P.C. |
| Attorney for Plaintiff | Attorneys for Defendants |
| P.O. Box 107 | 1411 Third Street, Suite F |
| Hemlock, Michigan 48626 | Port Huron, Michigan 48060 |
| (989) 642-0055 | (810) 987-8444 |
| pellison@olcplc.com | tshoudy@fletcherfealko.com |