UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

    Plaintiff,

v.

HON. CYNTHIA A. LANE, *et al.*,

    Defendants.

Case No. 19-cv-11905
Hon. Matthew F. Leitman

_____/

## ORDER DIRECTING THE PARTIES TO HOLD ALL FILINGS IN ABEYANCE UNTIL FURTHER ORDER OF THE COURT

On October 30, 2020, Defendant Judge Cynthia A. Lane filed a motion to add additional legal argument in support of her pending motion to dismiss. (*See* Lane Mot., ECF No. 52.) The Court granted the motion and ordered Plaintiff Kevin Lindke to respond to the additional legal argument presented by Judge Lane within 30 days. (*See* Dkt.) Lindke has now filed a motion asking the Court to vacate that order and to deny Judge Lane the ability to raise her new legal argument. (*See* Lindke Mot., ECF No. 55.)

The Court will hold an on-the-record video status conference in this action to discuss the motions on **Monday, November 30, 2020, at 9:30 a.m.** Until further order of the Court following that conference, the parties shall not make **any** additional filings in this case. All pending deadlines (including Lindke's deadline to file a response to Judge's Lane's additional legal argument and Judge Lane's

1

deadline to respond to Lindke's motion to vacate) will be held in abeyance. The Court will set new dates for the responses, if necessary, following the November 30, 2020, status conference.

    **IT IS SO ORDERED**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: November 23, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 23, 2020, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764