UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

    Plaintiff,

v.

    Case No. 19-cv-11905
    Hon. Matthew F. Leitman

HON. CYNTHIA A. LANE, *et al.*,

    Defendants.

_____/

## ORDER ON STATUS CONFERENCE

On December 8, 2020, the Court held an on-the-record video status conference with counsel for all parties in this action. For the reasons explained during the status conference, **IT IS HEREBY ORDERED** as follows:

- Plaintiff Kevin Lindke's motion to vacate the Court's October 30, 2020, text-only order (ECF No. 55) is **DENIED**;

- Lindke may file a motion to consolidate this action and a second action that Lindke has filed in this Court, *Lindke v. Tomlinson*, E.D. Mich. Case No. 20-cv-12857 (Cox, J.), by no later than **December 18, 2020**. Defendants may file a response to Lindke's motion to consolidate by no later than **January 8, 2021**. Lindke may file a reply by no later than **January 15, 2021**.

- Lindke shall file a response to Defendants' supplemental brief (ECF No. 52) by no later than **January 15, 2021**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  December 8, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 8, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764