UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

     Plaintiff,

v.

HON. CYNTHIA A. LANE, *et al.*,

     Defendants.

Case No. 19-cv-11905
Hon. Matthew F. Leitman

_____/

## ORDER ON STATUS CONFERENCE

On December 22, 2020, the Court held an on-the-record video status conference with counsel for all parties in this action.  For the reasons explained during the status conference, **IT IS HEREBY ORDERED** as follows:

- By no later than **February 1, 2020**, Plaintiff Kevin Lindke shall file a supplemental brief that explains why the Court should not stay this case pending a decision by the Michigan Supreme Court in connection with his currently pending Application for Leave to Appeal in *TT v. KL*, Michigan Supreme Court Case No. 162348. (*See* Notice of State Court Appeal, ECF No. 64.)  In Lindke's supplemental filing, Lindke may also argue that the Court should certify a question to the Michigan Supreme Court regarding whether the Michigan PPO statute at issue in

1

this action permits Michigan trial courts to issue the type of PPO that

Lindke challenges in this action.

- Defendants shall file a response to Lindke's supplemental brief by no later than **March 1, 2020**.

- On December 8, 2020, the Court issued a briefing schedule for a motion that Lindke wished to file asking the Court to consolidate this action and a second action that Lindke has filed in this Court, *Lindke v. Tomlinson*, E.D. Mich. Case No. 20-cv-12857 (Cox, J.). (*See* Order, ECF No. 63.)  The Court amends that briefing schedule as follows: Lindke shall file his motion to consolidate by no later than **December 28, 2020**.  Defendants may file a response to Lindke's motion to consolidate by no later than **January 11, 2021**.  Lindke may file a reply by no later than **January 25, 2021**.  In light of this revised briefing schedule, Lindke's motion for an extension of time to file his motion to consolidate (*see* Mot., ECF No. 66) is **TERMINATED AS MOOT**.

   **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 22, 2020

3

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 22, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764