UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

    Plaintiff,

v.

Case No. 19-cv-11905
Hon. Matthew F. Leitman

HON. CYNTHIA A. LANE, *et al.*,

    Defendants.

_____/

# ORDER AUTHORIZING PLAINTIFF TO TAKE LIMITED JURISDICTIONAL DISCOVERY

On June 1, 2021, the Court held an on-the-record video status conference in this action. For the reasons explained during that conference, the Court believes that it is appropriate to allow Plaintiff Kevin Lindke to take limited discovery with respect to whether the Court has subject-matter jurisdiction over his claims. More specifically, the Court authorizes Lindke to take discovery into the operation of Michigan's Law Enforcement Information Network. As part of that discovery, Lindke may serve a subpoena for documents directed to the Michigan State Police and/or may request the deposition of a representative of the Michigan State Police.

    **IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
Dated: June 1, 2021             UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 1, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764