UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

    Plaintiff,

v.

HON. CYNTHIA A. LANE, *et al.*,

    Defendants.

Case No. 19-cv-11905
Hon. Matthew F. Leitman

_____/

### ORDER (1) TERMINATING DEFENDANT'S MOTION TO DISMISS (ECF No. 34) WITHOUT PREJUDICE AS MOOT AND (2) GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT

    Currently pending before the Court are Plaintiff Kevin Lindke's claims against Defendant Mat King as pleaded in the Second Amended Complaint. (*See* Sec. Amended Compl., ECF No. 21.) King moved to dismiss the claims against him in that pleading on March 31, 2020.[1] (*See* Mot. to Dismiss, ECF No. 34.)

    During an on-the-record status conference held on March 22, 2022, Lindke indicated that in light of developments that occurred after the filing of his Second Amended Complaint, he wishes to file a Third Amended Complaint. The Court agreed to allow him to do so and therefore **GRANTS** him leave to amend to file that

---

[1] Lindke's claims are brought against King in his official capacity as Sheriff of St. Clair County. The motion to dismiss was filed by King's predecessor as Sheriff, Timothy Donnellon. (*See* Mot. to Dismiss, ECF No. 34.) The parties agree that King, as current Sheriff, is the proper Defendant in this action.

1

pleading. Lindke need not file his Third Amended Complaint until further order of the Court after the United States Court of Appeals for the Sixth Circuit issues its opinion in *Lindke v. Donnellson*, Sixth Cir. Case No. 21-2612.

Given the Court's decision to allow Lindke to file a Third Amended Complaint, King's currently-pending motion to dismiss directed at the claims against him in the Second Amended Complaint is effectively moot. The Court therefore **TERMINATES** that motion **WITHOUT PREJUDICE AS MOOT.** To be clear, while Lindke's claims against King in the Second Amended Complaint technically remain pending at this time, King need not file any response to those claims. Nor will the Court enter a default and/or default judgment against King for failing to file such a response. King retains any and all rights to raise any defenses he wishes to the Third Amended Complaint once that pleading is filed.

Accordingly, for the reasons explained above, **IT IS HEREBY ORDERED** as follows:

- Lindke is **GRANTED** leave to file a Third Amended Complaint;
- Lindke shall not file his Third Amended Complaint until further order of the Court following the Sixth Circuit's ruling in *Lindke v. Tomlinson*, Sixth Cir. Case No. 21-2612;

- King's motion to dismiss the claims against him raised in the Second Amended Complaint (ECF No. 34) is **TERMINATED WITHOUT PREJUDICE AS MOOT**; and

- The Court will schedule a status conference with the parties for approximately 45 days from now to discuss setting a schedule for the filing of the Third Amended Complaint.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 22, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126