UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

     Plaintiff,

                                 Case No. 19-cv-11905

v.                               Hon. Matthew F. Leitman

MAT KING, *et al.*,

     Defendants.

_____/

**ORDER CONCERNING BRIEFING SCHEDULE
ON MOTION FOR SUMMARY JUDGMENT (ECF No. 161)**

Now pending before the Court are two motions: (1) Attorney General Dana Nessel's Motion to Intervene (ECF No. 156) (the "Motion to Intervene"), and (2) Plaintiff Kevin Lindke's Motion for Summary Judgment on Count III of the Third Amended Complaint (ECF No. 161) (the "Motion for Summary Judgment"). **IT IS HEREBY ORDERED** that briefing on the Motion for Summary Judgment shall proceed as follows: Any response to the Motion for Summary Judgment shall not be due until twenty-one (21) days after the Court enters an order resolving the Motion to Intervene.

     **IT IS SO ORDERED**.

                             s/Matthew F. Leitman
                             MATTHEW F. LEITMAN
                             UNITED STATES DISTRICT JUDGE

Dated: October 9, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 9, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126