UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

    Plaintiff,

v.

Case No. 19-cv-11905
Hon. Matthew F. Leitman

MAT KING, *et al.*,

    Defendants.
_____/

## ORDER SETTING BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS

Now pending before the Court is Plaintiff Kevin Lindke's motion for summary judgment. (*See* Mot., ECF No. 161.) If and to the extent that Defendants and/or the Michigan Attorney General wish to respond to that motion, they shall do so by no later than **November 15, 2024**.[1] In addition, if and to the extent that Defendants and/or the Michigan Attorney General wish to file their own motion for summary judgment, they shall also do so by no later than **November 15, 2024**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2024

---

[1] This date supersedes the time period that the Court identified in its October 9, 2024, order setting a briefing schedule on Lindke's motion. (*See* Order, ECF No. 162.)

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2024, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan  
                                      Case Manager  
                                      (313) 234-5126