UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

    Plaintiff,

v.

                            Case No. 19-cv-11905
                            Hon. Matthew F. Leitman

MAT KING, *et al.*,

    Defendants.
_____/

## ORDER DENYING PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 161, 166) WITHOUT PREJUDICE

On September 5, 2025, the Court held an on-the-record status conference in this action to discuss the parties' currently-pending cross-motions for summary judgment. (*See* Motions, ECF Nos. 161, 166.) For the reasons explained on the record during the status conference, both motions are **DENIED WITHOUT PREJUDICE**. The Court will now hold an in-person status conference with counsel for all parties to discuss next steps in this action.

    **IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: September 5, 2025

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 5, 2025, by electronic means and/or ordinary mail.

               s/Holly A. Ryan
               Case Manager
               (313) 234-5126