UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

    Plaintiff,

v.

    Case No. 19-cv-11905
    Hon. Matthew F. Leitman

MAT KING, *et al.*,

    Defendants.
_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION (ECF No. 177)

On December 12, 2025, the Court held a hearing Plaintiff Kevin Lindke's motion for clarification or relief from the Michigan Attorney General's intervention in this action. (*See* Mot., ECF No. 177.) For the reasons explained on the record during the motion hearing, the motion is **DENIED**.

    **IT IS SO ORDERED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: December 12, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2025, by electronic means and/or ordinary mail.

                                s/Holly A. Ryan
                                Case Manager
                                (313) 234-5126