UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

     Plaintiff,

                                          Case No. 19-cv-11905

v.                                      Hon. Matthew F. Leitman

MAT KING, *et al.*,

     Defendants.

_____/

## **<u>ORDER REGARDING PLAINTIFF'S DEPOSITION</u>**

On April 8, 2026, the Court held an on-the-record status conference with counsel to discuss the deposition of Plaintiff Kevin Lindke.  Lindke shall appear for that deposition on the date currently scheduled (at the location currently identified in his deposition notice or one of the other locations identified by Defendants in their response to Lindke's motion for Court intervention in *Lindke v. King*, E.D. Mich. Case No. 22-11767) or a new date mutually agreed-to by counsel.  If Lindke is in custody at the time of his scheduled deposition, he shall submit to a deposition at his location of incarceration.

Once a transcript is prepared of Lindke's deposition, counsel for Defendants shall email that transcript to the Court.  After the Court has had an opportunity to review that transcript, it will convene a status conference with counsel to discuss any

1

further action that may be necessary related to Defendnats' request to access Lindke's Facebook posts.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 8, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 8, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2